

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

SYNCZRE AMIR DYSON,

          Defendant.

Case: 4:24-cr-20445
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 08-14-2024 At 09:40 AM
SEALED MATTER (tt)

Violation: 18 U.S.C. § 922(o)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 922(o)
*Possession of a Machinegun*

On or about July 31, 2024, in the Eastern District of Michigan, the defendant, Synczre Dyson, knowingly possessed a machinegun, that is, a Glock, model 17, 9mm caliber pistol containing an auto sear, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

1

## FORFEITURE ALLEGATIONS

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Date: August 14, 2024

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

**Companion Case information MUST be completed by A***

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 4:24-cr-20445<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 08-14-2024<br>SEALED MATTER (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)¹**: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** TT |

**Case Title:** USA v. Synczre Amir Dyson _____

**County where offense occurred :** Genesee _____

**Check One:**    ☑ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

⨯ Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [**Case number:** _____]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 14, 2024
_____
Date

Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.
03/11/2013